UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BETH SHAPIRO, LORI ANN LOMBARDI, and HEATHER GITLIN, on behalf of themselves and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AETNA, INC. and AETNA LIFE INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 2:22-cv-01958-ES-AME <br><br> **STIPULATION AND CONSENT ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

**WHEREAS**, Beth Shapiro, Lori A. Lombardi, and Heather Gitlin (collectively "Plaintiffs"), filed the Complaint in the above captioned matter in the United States District Court for the District of New Jersey on April 5, 2022; and

**WHEREAS**, Plaintiffs served the Complaint on Defendants Aetna  Inc. and Aetna Life Insurance Company ("Defendants"), on April 20, 2022; and

**WHEREAS**, Defendants' time to respond to Plaintiffs' Complaint expires on May 25, 2022; and

**WHEREAS**, Defendants anticipate filing a motion to dismiss and need additional time to review the pleadings and the relevant materials, as well as the applicable law, in order to prepare such a motion; and

**WHEREAS**, counsel for Defendants has conferred with counsel for Plaintiffs, who consents to Defendants' request for additional time to respond to the Complaint and to the briefing schedule proposed below; and

**WHEREAS**, Defendants previously received a 14 day extension of time to respond to the Complaint pursuant to Local Civil Rule 6.1(b);

**THEREFORE**, it is hereby **STIPULATED AND AGREED**, by and between the parties and their undersigned counsel, that (a) the deadline for Defendants to move to dismiss or otherwise respond to the Complaint is extended to July 22, 2022; (b) the deadline Plaintiffs to file their opposition or response to Defendants' motion to dismiss the complaint is September 22, 2022; and (c) the deadline for Defendants to file a reply in further support of their motion to dismiss the complaint is October 21, 2022.

### AGREED TO AS TO FORM AND SUBSTANCE

Dated: May 20, 2022

**BUTTACI LEARDI & WERNER LLC**

By: */s/ John W. Leardi*

John W. Leardi
212 Carnegie Center, Suite 202
Princeton, NJ 08540
Tel: (609) 799-5150
Fax: (609) 799-5180

Leslie Howard
Michael Fried
COHEN HOWARD, LLP
766 Shrewsbury Ave., Suite 200
Tinton Falls, NJ 07724
Tel: (732) 747-5202

*Attorneys for Plaintiffs*

**CALCAGNI & KANEFSKY LLP**

By: */s/ Mariellen Dugan*

Mariellen Dugan
1085 Raymond Blvd., 14th Floor
Newark, New Jersey 07102
Telephone: (862) 397-1796
Facsimile: (862) 902-5458
mdugan@ck-litigation.com

**O'MELVENY & MYERS, LLP**

Brian D. Boyle
Kevin Feder
Meaghan VerGow
Meredith Garagiola
Scott Harman-Heath
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
*Attorneys for Defendants*

SO ORDERED.


Dated: _____, 2022
Newark, New Jersey


_____
       Hon. Esther Salas, U.S.D.J.