

MARIELLEN DUGAN PARTNER

862.233.8319   mdugan@ck-litigation.com   ck-litigation.com

September 29, 2025

**VIA ECF**

Hon. André M. Espinosa, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** *Shapiro et al. v. Aetna Inc. and Aetna Life Insurance Company*
*No. 2:22-cv-1958-ES-AME*

Dear Judge Espinosa:

    Defendants Aetna Inc. and Aetna Life Insurance Company (collectively, "Aetna") and Plaintiffs Beth Shapiro, Lori Ann Lombardi, and Heather Gitlin (collectively, "Plaintiffs"), respectfully submit this letter pursuant to the Court's September 3, 2025 Letter Order.

    Consistent with the Court's guidance, the parties have met and conferred regarding the pending discovery dispute concerning Plaintiffs' Requests for Production ("RFPs"). The parties continue to work collaboratively and hope to resolve the dispute without the Court's intervention. The parties will provide the Court with further updates as necessary or as convenient for the Court.

    If the Court has any questions or concerns with regard to the above, please do not hesitate to contact any of us.

Monday, September 29, 2025
Page 2 of 2

Respectfully submitted,

| | |
|---|---|
| s/ *Mariellen Dugan* | s/ *Natalie Lesser* |
| Mariellen Dugan | Natalie Lesser |
| CALCAGNI & KANEFSKY, LLP | Amey J. Park |
| 1085 Raymond Blvd., 18th Floor | BERGER MONTAGUE PC |
| Newark, NJ 07102 | 1818 Market Street, Suite 3600 |
| mdugan@ck-litigation.com | Philadelphia, PA 19103 |
| T: (862) 397-1796 | nlesser@bergermontague.com |
| F: (862) 902-5458 | apark@bergermontague.com |
| | T: (267) 831-4701 |
| Meaghan VerGow (pro hac vice) | F: (215) 875-4604 |
| Jeffrey Gordon (pro hac vice) | |
| Meredith Garagiola (pro hac vice) | Julie S. Selesnick (pro hac vice) |
| O'MELVENY & MYERS LLP | BERGER MONTAGUE PC |
| 1625 Eye Street, N.W. | 1001 G Street, NW |
| Washington, D.C. 20006 | Suite 400 East |
| mvergow@omm.com | Washington, DC 20001 |
| jgordon@omm.com | jselesnick@bergermontague.com |
| mgaragiola@omm.com | T: (202) 559-9745 |
| T: (202) 383-5300 | F: (215) 875-4604 |
| F: (202) 383-5414 | |
| | Leslie S. Howard |
| *Counsel for Aetna Inc. and Aetna Life Insurance Company* | Michael Fried |
| | COHEN HOWARD, LLP |
| | 766 Shrewsbury Avenue, Suite 200 |
| | Tinton Falls, NJ 07724 |
| | lhoward@cohenhoward.com |
| | mfried@cohenhoward.com |
| | T: (732) 747-5202 |
| | F: (732) 747-5259 |
| | |
| | John W. Leardi |
| | Christopher B. Bladel |
| | Nicole P. Allocca |
| | BUTTACI LEARDI & WERNER LLC |
| | 212 Carnegie Center, Suite 202 |
| | Princeton, NJ 08540 |
| | jwleardi@buttacilaw.com |
| | cbbladel@buttacilaw.com |
| | npallocca@buttacilaw.com |
| | T: (609) 799-5150 |
| | F: (609) 799-5180 |
| | |
| | *Attorneys for Plaintiffs and the Proposed Class* |